JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN CARTER, an individual; CRYSTAL CARTER, an individual; NEKAYA CARTER, and individual;<br><br>Plaintiffs,<br><br>vs.<br><br>WEST COAST LIFE INSURANCE COMPANY, a corporation; and DOES 1 to 10 inclusive,<br><br>Defendants. | Case No.: CV 15-5952-DMG (JPRx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [17]** |

Pursuant to the parties' Stipulation of Dismissal of Entire Action With Prejudice and for good cause shown, IT IS HEREBY ORDERED that this action, and all claims, cross-claims and causes of action therein, are dismissed in their entirety with prejudice. The parties shall bear their own attorneys' fees and costs of suit in connection with this action. All scheduled dates and deadlines are VACATED.

DATED: May 2, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE